IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01631-MSK-BNB

EF COMPOSITION TECHNOLOGIES, L.P.,

      Plaintiff,

v.

JURGEN DENK,
STEPHEN PARKER,
JOHN FOUST,
BRENT MAIL,
RACKET SPORTS, LLC,
4 GUYS & GIRLS MARKETING, LLC, and
DOES 1 to 10, inclusive,

      Defendants.

## ORDER SETTING FED.R.CIV.P.16 HEARING

THIS MATTER comes before the Court on an Order Granting Defendants' Motion to Transfer to District of Colorado, issued by Judge Roger T. Benitez of the United States District Court for the Southern District of California. Having considered the entirety of the Court file, the Court

**FINDS** that:

This action was commenced on August 24, 2005 in the Superior Court for the State of California by Plaintiff EF Composition Technologies, L.P. Named as Defendants in the Complaint were Sports and Gear, LLC, Jurgen Denk, Stephen Parker, John Foust, Brent Mail, Racket Sports, LLC, 4 Guys & Girls Marketing, LLC, and Does 1 to 10. Of these Defendants, only Defendants Denk and Parker have been served with process.

Defendants Denk and Parker removed the action to federal court. They subsequently

dismissed their claims against Sports and Gear, LLC.[1]  The federal court in California issued an order directing the Plaintiff to show cause why its claims against the remaining Defendants should not be dismissed for lack of prosecution in accordance with Fed. R. Civ. P. 4(m).  A hearing was held on the show cause order, and for reasons not apparent from the record, the order to show cause was discharged.

On August 10, 2006, Judge Benitez issued an Order transferring the action to this Court on the basis that it is related to a Chapter 7 bankruptcy case initiated by Sports & Gear, LLC. However, on August 17, 2006, that bankruptcy case was closed.  That same day, the case file for the instant case was received and docketed by this Court.

**IT IS THEREFORE ORDERED** that:

(1)  A hearing is set for **October 17, 2006** at **8:30 a.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado.  Counsel who will try the case shall attend the hearing.

(2)  The parties are not required to prepare or submit a proposed scheduling order.

(3)  At the hearing, the parties shall be prepared to address:
   (A)  Whether in light of the closure of the, Chapter 7 bankruptcy case, this matter should be transferred back to the Southern District of California.  If not,
   (B)  Whether the claims against unserved Defendants should be dismissed for lack of prosecution in accordance with Fed. R. Civ. P. 4(m).
   (C)   Any other matters or procedures that will expedite or simply resolution of this matter.

Dated this _ day of August, 2006

          **BY THE COURT:**

          */s/ Marcia S. Krieger*
          _____
          Marcia S. Krieger
          United States District Judge

---

[1] For this reason, the Court has deleted Sports and Gear, LLC from the caption.