IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01631-MSK-BNB

EF COMPOSITION TECHNOLOGIES, L.P.,

      Plaintiff,

v.

JURGEN DENK,
STEPHEN PARKER,
JOHN FOUST,
BRENT MAIL,
RACKET SPORTS, LLC,
4 GUYS & GIRLS MARKETING, LLC, and
DOES 1 to 10, inclusive,

      Defendants.

## NOTICE OF DISMISSAL

THIS MATTER comes before the Court on the filing of a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a) **(#25)**. The stipulation does not specify whether it is submitted pursuant to Rule 41(a)(1) or (2), therefore the Court assumes that it is submitted pursuant to Rule 41(a)(1). Pursuant to that rule, no order is required and the filing of the stipulation effectuates the dismissal.

Dated this 17th day of October, 2006

                              **BY THE COURT:**

                              *Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge